In the Matter of the Estate of Steve A. Johnson, Deceased.

Pearl Cleveland Johnson, Claimant and Plaintiff-Appellant, v. Villa Park Trust and Savings Bank, Executor of the Estate of Steve A. Johnson, Deceased, Appellee.

Gen. No. 11,578. 

Second District, Second Division.

May 16, 1962.

Rehearing denied June 18, 1962.

Edward M. Platt, of Chicago, for appellant; Mulder & Frankel, of Chicago, for appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.